FILED
MAR 2 5 2016
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

KRISTY WAGNER,
301 14ᵀᴴ St. SE Apt 4, WASHINGTON DC 20003
202-036-2351
  PLAINTIFF,

v.

AKIN GUMP STRAUSS HAUER & FELD LLP,
1333 New Hampshire Ave. NW
Washington, DC 20036
  DEFENDANT.

Case: 1:16-cv-00568
Assigned To : Contreras, Rudolph
Assign. Date : 3/25/2016
Description: Employ. Discrim. (H Deck)

---

1. The action arises under (in each case, as such law or regulation has been amended): the Constitution of the United States; the District of Columbia Human Rights Act, as codified D.C. Code § 2-1402 ("DCHRA"); Americans with Disabilities Act of 1990, as codified 42 U.S.C.A. § 12112 *et seq.* (the "ADA"); Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C.[A.] § 2000e *et seq.* (1988) (the "Civil Rights Act"); and the Equal Pay Act, as codified 29 U.S.C.[A.] § 206(d) (the "Equal Pay Act").

## PARTIES

2. Plaintiff, KRISTY WAGNER (hereinafter, "PLAINTIFF"), is a citizen of the United States, with an address of: 301 14ᵗʰ Street SE, Apartment 4, Washington, DC 20003.

3. Defendant, AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "AG") is a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036.

## CLAIMS FOR RELIEF

4. In July 2011, PLAINTIFF reported to the Robert S. Strauss Building in Washington, DC for her first day of employment with AG.
5. Within several months thereof, PLAINTIFF sustained a life-altering injury to her foot and ankle, which injury required one or more surgical procedures and other related treatment (the "Injury").
6. On one or more occasions since July 2011, PLAINTIFF notified one or more members of AG's management committee as well as one or more attorneys who held themselves out as PLAINTIFF'S superiors (such communications, complaints and reports, the "Communications") that the Injury rendered her unable to perform her role at AG without accommodation, as well

RECEIVED
MAR 25 2016      1
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

as that she believed she was, and continued to be, the subject of discriminatory and retaliatory actions.

7. Since 2011, PLAINTIFF has been retaliated against, threatened and interfered with in the exercise of rights granted and protected under the DCHRA, and in violation of the laws set forth in Paragraph 1 above, including as a result of opposing one or more practices made unlawful by the Equal Pay Act and identifying what she believed to be fraudulent conduct and other violations of law.

8. As a consequence of the discriminatory and retaliatory acts described above, PLAINTIFF is entitled to injunctive and other equitable relief and hereby prays that this court: (i) compel AG to observe and honor its fiduciary and other duties to PLAINTIFF; (ii) order that AG cease violating PLAINTIFF'S constitutional rights; (iii) order that AG cease violating the DCHRA, the ADA, the Civil Rights Act and the Equal Pay Act; (iv) award monetary relief in the form of equal pay to PLAINTIFF for the period July 2011 through the date of this complaint; and (v) order such other relief as this court deems just and proper.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11 ("Rule 11"), by signing below, I certify to the best of my knowledge, information and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.

Date of signing: March 25, 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff: Kristy Wagner