IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, )<br>)<br>PLAINTIFF, )<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & FELD LLP, )<br>)<br>DEFENDANT. ) | Case No.: 1:16-cv-00568 (RC) |

**REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff KRISTY WAGNER (hereinafter, "PLAINTIFF"), a citizen of the United States, with an address of: 7 Richard Lane, Huntington, NY 11743 hereby requests that the Clerk of this Court enter a judgment by default against Defendant AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "DEFENDANT"), a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036, based upon one or more affidavits submitted herewith.

Date of signing: April 18, 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff: Kristy Wagner

**RECEIVED**

APR 18 2016

Clerk, U.S. District and
Bankruptcy Courts

## DECLARATION OF KRISTY WAGNER

I, Kristy Wagner, hereby declare:

1. The following and certify that the same is true of my own personal knowledge, except as to those matters which are herein stated upon information and belief and as to those matters I believe them to be true, and I further declare that I could and would competently testify to such matters if called upon to so testify in Court. I understand that this declaration is being submitted in the United States District Court for the District of Columbia, in the matter entitled ***Kristy Wagner v. Akin Gump Strauss Hauer & Feld LLP***, 1:16-cv-00568 (RC).
2. Attached hereto as **Exhibit A** is a true and correct copy of Dr. Laytrayal Simmons' (Psychologist and Licensed Professional Counselor) "Diagnosis" after one or more cognitive behavioral therapy sessions.
3. The following amounts (in U.S. dollars) are due and owing Plaintiff as a result of Defendant's violation of law and denial of rights as set forth in the Complaint filed in the above-captioned matter:

| | |
|---|---|
| Lost Compensation/Backpay | $13,578,789 |
| Prejudgment Interest (5%, compounded annually) | $2,044,695 |
| Compensatory/Punitive Damages | $2,000,000 |
| Out-of-Pocket Healthcare/Medical Costs | $10,475 |
| **Total:** | **$17,633,959** |

4. $3,000,000 (in U.S. dollars) of the above-referenced amount ($17,633,959) shall be inserted by Defendant into Plaintiff's capital account (or an account designated as same) under and pursuant to the Partnership Agreement.

I declare under penalty of perjury of the District of Columbia, and the United States of America that the foregoing is true and accurate.

Dated: April 18, 2016

_____
Kristy Wagner

**RECEIVED**
APR 18 2016
Clerk, U.S. District and Bankruptcy Courts

1

**Exhibit A**

"Diagnosis" of Laytrayal Simmons


**ReIGNITE**
Psychological & Consulting Services, LLC

The hostile environment that was created at her last place of employment which includes both gender discrimination and sexual harassment contributed to her mental breakdown and her inability to maintain daily functioning both professionally and personally. In addition to these symptoms, the patient endorsed a history of Attention Deficit Hyperactivity Disorder which she was prescribed Adderall (30mg, 10mg) and has been taking for over 15 years. Additionally the client reported taking pain medication for an ankle injury (surgery imminent) that she received while zip lining on vacation three years ago.

## DIAGNOSIS

The results of the initial interview suggested that Kristy was suffering from 309.4 Adjustment Disorder with mixed disturbance of emotion and conduct. She had limited coping resources at that time to deal with her negative emotions. She felt isolated and alone at her previous place of employment and her normal support system (e.g. her husband) was away in training for his new job. The combination of (1) lack of sleep and lack of proper nutrition, (2) taking prescribed medications without the proper diet and sleep, (3) feeling isolated and alone, (4) working in a hostile environment, and (5) fearing termination resulted in her inability to respond in a rational and coherent manor to the perceived threats to her career and livelihood. Based on previous history and current mental state Kristy poses no threat to self or others. Cognitive behavioral therapy was recommended to address her symptoms. Kristy presented strong intellectual skills, high motivation for treatment, the capacity for self-reflection, and a strong support system in her husband and parents.

_____    3/15/15
Laytrayal Simmons, PhD, LPC    Date
Psychologist, Licensed Professional Counselor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, ) | |
| ) | |
| PLAINTIFF, ) | Case No.: 1:16-cv-00568 (RC) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, ) | |
| ) | |
| DEFENDANT. ) | |

**JUDGMENT BY DEFAULT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "DEFENDANT"), a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036: be and hereby is permanently restrained and enjoined from (directly or indirectly) violating (or infringing upon the exercise of rights granted under): (i) the Constitution of the United States; the District of Columbia Human Rights Act, as codified D.C. Code § 2-1402 ("DCHRA"); Americans with Disabilities Act of 1990, as codified 42 U.S.C.A. § 12112 *et seq.* (the "ADA"); Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C.[A.] § 2000e *et seq.* (1988) (the "Civil Rights Act"); and the Equal Pay Act, as codified 29 U.S.C.[A.] § 206(d) (the "Equal Pay Act")(the foregoing, together with the Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621 *et seq.*, the "Relevant Laws"); and (ii) the partnership agreement governing, and policies of, Defendant (collectively referred to herein as the "Partnership Agreement"), in each case, vis-a-vis Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all court orders that directly or indirectly infringe(d) upon Plaintiff's rights under the Relevant Laws and/or the Partnership Agreement be and hereby are rendered ineffective; no court orders having such effect will be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant (i) immediately present Plaintiff with a true, correct and complete copy of the Partnership Agreement, for countersignature by Plaintiff; and (ii) take such other actions as are necessary to provide reasonable accommodation and otherwise cause Defendant to be in compliance with the Relevant Laws and to honor its duties and perform its obligations under the Partnership Agreement, in each case, vis-à-vis Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant, within forty-eight (48) hours of notice of this judgment (by personal service or otherwise), (i) pay **$14,633,959** to a bank account designated by Plaintiff; and (ii) credit the capital account of Plaintiff in the amount of **$3,000,000** under and pursuant to the Partnership Agreement.

Date: _____          _____

                                                                         Clerk of the Court