# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:   16-0568 (RC) |
| v. : | |
| : | Re Document No.:   4 |
| AKIN GUMP STRAUSS HAUER & : | |
| FELD LLP, : | |
| : | |
| Defendant. : | |

## ORDER

### DENYING PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT

It is hereby **ORDERED** that Plaintiff's Request for Entry of Judgment by Default (ECF No. 4) is **DENIED** as prematurely filed.

**SO ORDERED**.

Dated: April 19, 2016                                            RUDOLPH CONTRERAS
                                                                 United States District Judge