## AMENDED AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Kristy Wagner**

      Plaintiff(s),

vs.

**Akin Gump Strauss Hauer & Feld, LLP**

      Defendant(s).

Kristy Wagner
301 14th St., SE, Apt 4
Washington DC 20003

*200961*

Case Number: 1:16-cv-00568 RC

Legal documents received by Same Day Process Service, Inc. on **03/25/2016** at **3:55 PM** to be served upon **Akin Gump Strauss Hauer & Feld LLP at 1333 New Hampshire Ave., NW, Washington, DC 20036**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **March 28, 2016** at **11:33 AM**, I did the following:

Served **Akin Gump Strauss Hauer & Feld LLP** by delivering a conformed copy of the Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; to Fannie Young as Secretarial Manager & Authorized Agent of Akin Gump Strauss Hauer & Feld LLP at 1333 New Hampshire Ave., NW , Washington, DC 20036.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:** Attempted to serve the defendant initially on 03-25-2016 at 4:30 pm and was at the premises for 20 minutes speaking with personnel working for the defendant who informed the process server that no one was on-site who was authorized to accept.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Robert B-N_
**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **200961**

District of Columbia: SS
Subscribed and Sworn to before me this 19 day of April, 2016

Tyler Walker, Notary Public D.C.
My commission expires February 14, 2021



RECEIVED
APR 2016
Clerk, U.S. District and Bankruptcy Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, ) | |
| ) | |
| PLAINTIFF, ) | Case No.: 1:16-cv-00568 (RC) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, ) | |
| ) | |
| DEFENDANT. ) | |

**CERTIFICATE OF SERVICE**

I, Kristy Wagner, hereby certify that I am of such age and discretion as to be competent to serve papers. I further certify that on March 25, 2016, I transmitted via electronic mail to Charles Connolly (cconnolly@akingump.com) of Akin Gump Strauss Hauer & Feld LLP the Summons and Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Initial Electronic Case Filing Order; and ECF Attorney/Participant Registration Form.

Date: April 19, 2016

Kristy Wagner

RECEIVED
APR 20 2016
Clerk, U.S. District and Bankruptcy Courts