IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTY WAGNER, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.: 1:16-cv-00568 (RC) |
| v. | ) | |
| | ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, TO DISMISS

Plaintiff's response to Motion for Summary Judgment or, Alternatively, To Dismiss of Defendant AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "DEFENDANT"), a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036 (the "Building"), is unnecessary due to: (i) Defendant's failure to answer the Complaint, served upon Defendant on March 25, 2016, in accordance with Rule 12(A)(i) of the Federal Rules of Civil Procedure; and (ii) Plaintiff's Request for Entry of Judgment by Default submitted to this court on April 18, 2016 (See Exhibit A hereto). Plaintiff asks this court to promptly (1) order Defendant to comply with the Judgment By Default received by the court on April 18, 2016 (and reattached as Exhibit B hereto); (2) order Defendant to take action to rescind the "Barring Notice" purportedly issued to Plaintiff and attached hereto as Exhibit C and to provide written proof of same to Plaintiff; (3) order Defendant to take all action reasonably necessary to evidence Plaintiff's (full) ownership of the Building, including by making public filings with the District of Columbia Recorder of Deeds, and by indicating same on the books of Defendant; (4) order Defendant to use its best efforts to sell the Building within three (3) months of the date hereof; and (5) enter into an arms'-length lease with Plaintiff vis-à-vis Defendant's use of office space within the Building on a month-to-month basis, which lease shall automatically terminate upon the sale of the Building.

Date of signing: May 18, 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff: Kristy Wagner

RECEIVED

MAY 18 2016

Clerk, U.S. District and
Bankruptcy Courts

Exhibit A

RECEIVED

APR 18 2016

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, | ) |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) Case No.: 1:16-cv-00568 (RC) |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

## REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff KRISTY WAGNER (hereinafter, "PLAINTIFF"), a citizen of the United States, with an address of: 7 Richard Lane, Huntington, NY 11743 hereby requests that the Clerk of this Court enter a judgment by default against Defendant AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "DEFENDANT"), a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036, based upon one or more affidavits submitted herewith.

Date of signing:  April 18 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff:  Kristy Wagner

## DECLARATION OF KRISTY WAGNER

I, Kristy Wagner, hereby declare:

1. The following and certify that the same is true of my own personal knowledge, except as to those matters which are herein stated upon information and belief and as to those matters I believe them to be true, and I further declare that I could and would competently testify to such matters if called upon to so testify in Court. I understand that this declaration is being submitted in the United States District Court for the District of Columbia, in the matter entitled *Kristy Wagner v. Akin Gump Strauss Hauer & Feld LLP*, 1:16-cv-00568 (RC).

2. Attached hereto as __Exhibit A__ is a true and correct copy of Dr. Laytrayal Simmons' (Psychologist and Licensed Professional Counselor) "Diagnosis" after one or more cognitive behavioral therapy sessions.

3. The following amounts (in U.S. dollars) are due and owing Plaintiff as a result of Defendant's violation of law and denial of rights as set forth in the Complaint filed in the above-captioned matter:

| | |
|---|---|
| Lost Compensation/Backpay | $13,578,789 |
| Prejudgment Interest (5%, compounded annually) | $2,044,695 |
| Compensatory/Punitive Damages | $2,000,000 |
| Out-of-Pocket Healthcare/Medical Costs | $10,475 |
| Total: | $17,633,959 |

4. **$3,000,000** (in U.S. dollars) of the above-referenced amount (**$17,633,959**) shall be inserted by Defendant into Plaintiff's capital account (or an account designated as same) under and pursuant to the Partnership Agreement.

I declare under penalty of perjury of the District of Columbia, and the United States of America that the foregoing is true and accurate.

Dated: April 18, 2016

Kristy Wagner

1

Exhibit A

"Diagnosis" of Laytrayal Simmons



REIGNITE
Psychological & Consulting Services, LLC

The hostile environment that was created at her last place of employment which includes both gender discrimination and sexual harassment contributed to her mental breakdown and her inability to maintain daily functioning both professionally and personally. In addition to these symptoms, the patient endorsed a history of Attention Deficit Hyperactivity Disorder which she was prescribed Adderall (30mg, 10mg) and has been taking for over 15 years. Additionally the client reported taking pain medication for an ankle injury (surgery imminent) that she received while zip lining on vacation three years ago.

## DIAGNOSIS

The results of the initial interview suggested that Kristy was suffering from 309.4 Adjustment Disorder with mixed disturbance of emotion and conduct. She had limited coping resources at that time to deal with her negative emotions. She felt isolated and alone at her previous place of employment and her normal support system (e.g. her husband) was away in training for his new job. The combination of (1) lack of sleep and lack of proper nutrition, (2) taking prescribed medications without the proper diet and sleep, (3) feeling isolated and alone, (4) working in a hostile environment, and (5) fearing termination resulted in her inability to respond in a rational and coherent manor to the perceived threats to her career and livelihood. Based on previous history and current mental state Kristy poses no threat to self or others. Cognitive behavioral therapy was recommended to address her symptoms. Kristy presented strong intellectual skills, high motivation for treatment, the capacity for self-reflection, and a strong support system in her husband and parents.

Laytrayal Simmons, PhD, LPC
Psychologist, Licensed Professional Counselor

3/18/15
Date

Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

APR 18 2016

Clerk, U.S. District and
Bankruptcy Courts

KRISTY WAGNER,

        PLAINTIFF,

        v.

AKIN GUMP STRAUSS HAUER & FELD LLP,

        DEFENDANT.

)
)
)
)
)
)
)
)
)
)

Case No.: 1:16-cv-00568 (RC)

## JUDGMENT BY DEFAULT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant AKIN GUMP STRAUSS HAUER & FELD LLP (hereinafter, together with all predecessor and successor entities and including agents, attorneys, consultants, partners and other affiliates thereof, "DEFENDANT"), a law firm with a physical office location at: Robert S. Strauss Building, 1333 New Hampshire Avenue NW, Washington, DC 20036: be and hereby is permanently restrained and enjoined from (directly or indirectly) violating (or infringing upon the exercise of rights granted under): (i) the Constitution of the United States; the District of Columbia Human Rights Act, as codified D.C. Code § 2-1402 ("DCHRA"); Americans with Disabilities Act of 1990, as codified 42 U.S.C.A. § 12112 *et seq.* (the "ADA"); Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C.[A.] § 2000e *et seq.* (1988) (the "Civil Rights Act"); and the Equal Pay Act, as codified 29 U.S.C.[A.] § 206(d) (the "Equal Pay Act")(the foregoing, together with the Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621 *et seq.*, the "Relevant Laws"); and (ii) the partnership agreement governing, and policies of, Defendant (collectively referred to herein as the "Partnership Agreement"), in each case, vis-a-vis Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all court orders that directly or indirectly infringe(d) upon Plaintiff's rights under the Relevant Laws and/or the Partnership Agreement be and hereby are rendered ineffective; no court orders having such effect will be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant (i) immediately present Plaintiff with a true, correct and complete copy of the Partnership Agreement, for countersignature by Plaintiff; and (ii) take such other actions as are necessary to provide reasonable accommodation and otherwise cause Defendant to be in compliance with the Relevant Laws and to honor its duties and perform its obligations under the Partnership Agreement, in each case, vis-à-vis Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant, within forty-eight (48) hours of notice of this judgment (by personal service or otherwise), (i) pay $14,633,959 (in U.S. dollars) in immediately available funds to a bank account designated by Plaintiff; and (ii) credit the capital account of Plaintiff in the amount of $3,000,000 (in U.S. dollars), pursuant to the Partnership Agreement.

Date:

_____

Clerk of the Court

Exhibit C

| Property: | 1333 New Hampshire Avenue (Robert Strauss Building) |
|---|---|
| Address: | 1333 New Hampshire Avenue, NW, Washington, DC  20036 |
| Phone Number: | Mgmt Office 202-559-8030 / Security 202-559-8040 |

# BARRING NOTICE

The below named person was found on the premises owned, occupied, or managed by **Boston Properties.** This same person is hereby warned to stay off the property and grounds thereof known as **Robert Strauss Building** at (address) **1333 New Hampshire Avenue, NW, Washington, DC 20036 and The Front Page at 1333 New Hampshire Avenue NW, Washington, DC 20036; Buffalo Billiards at 1330 19th Street NW, Washington, DC 20036; Pizza Studio at 1333 19th Street, NW, Washington, DC 20036; Colonial Parking garage at 1333 New Hampshire Avenue NW, Washington, DC 20036** . There are no exceptions to this notice. Failure to heed this warning shall result in the prosecution for Unlawful Entry under D.C. Code § 22-3302.

**Name of Barred Individual (Last, First, Middle):** _____ **Wagner, Kristy**

**Method of Identification:**  _____ Photo ID       _____ Personally Known
                             _____ Live Scan      _____ Unverified
                             _____ Other (specify : _____ )

**Nickname:** _____ **Kristy Treadway**

**Date of Birth:** _____ **Height:** _____ **Weight:** _____ **Sex:  F**
**ID Marks:** _____

**Phone:** _____
**Address:** _____
**Employment:** _____
**Soc. Sec. Number:** _____

**Reason for Issuing Barring Notice:**
Ms. Wagner has engaged in a course of harassing conduct causing persons on the subject premises to feel seriously alarmed, disturbed, or frightened.

Barred Individual's Signature: _____

____ Subject given oral barring notice
____ Check if signature is refused – **barring notice is still valid**

Sign: _____
                                         Authorized Agent or Owner
Printed Name (Authorized Agent or Owner): _____

Property Owner/Manager/Agent/Witness, if individual refuses to sign, check "Refused" on the signature line above and the date of refusal, and have a witness that can verify individual refused to sign barring notice.
Witness Signature: _____ Date: _____
                      Name (If an Officer, Badge Number)

**Barring Notice is in effect for 5 years unless cancelled in writing.**
**Attach Picture if Available**