

LET THIS BE FILED
5/25/2016



**RE: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP**
Margaret Zhang   to: Lian, Bob                                          05/24/2016 12:51 PM
Cc: "wagnerk879@gmail.com"

Dear all,

Thank you for your prompt response. A hearing on the defendant's emergency motion for a TRO has been scheduled for this Thursday, May 26, 2016, at 11:00 AM.

Regards,
Margaret

-----
Margaret H. Zhang
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
(202) 354-3574
Margaret_Zhang@dcd.uscourts.gov

"Lian, Bob"          Dear Ms. Zhang: The parties have agreed to hol...        05/24/2016 12:23:57 PM

From:    "Lian, Bob" <blian@AKINGUMP.COM>
To:      "Margaret_Zhang@dcd.uscourts.gov" <Margaret_Zhang@dcd.uscourts.gov>
Cc:      "wagnerk879@gmail.com" <wagnerk879@gmail.com>
Date:    05/24/2016 12:23 PM
Subject: RE: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP

Dear Ms. Zhang: The parties have agreed to hold the hearing at 11 a.m. on Thursday, May 26. Please confirm that this time still works for Judge Contreras. Thank you, Bob Lian

**From:** Margaret_Zhang@dcd.uscourts.gov [mailto:Margaret_Zhang@dcd.uscourts.gov]
**Sent:** Tuesday, May 24, 2016 10:43 AM
**To:** wagnerk879@gmail.com; Lian, Bob
**Subject:** 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP

Dear all,

Judge Contreras would like to hold a hearing on the defendant's emergency motion for a temporary restraining order (TRO) in the above-captioned case (ECF No. 23-2). The Judge would like to hold the hearing later this week, if possible. The Judge is available **this Thursday May 26 from 9:00 AM to 1:00 PM**. If Thursday is not mutually convenient for the parties, the Judge may also be available **this Friday May 27**.

Sometime today, please confer and inform chambers of a 30-minute slot within the above time periods that would work for the parties.

Thank you,
Margaret

-----
Margaret H. Zhang
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
(202) 354-3574
Margaret_Zhang@dcd.uscourts.gov

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.