

LET THIS BE FILED
*[signature]* 5/25/2016



**Re: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP**
Margaret Zhang   to: wagnerk879                                    05/24/2016 03:45 PM
Cc: blian

Ms. Wagner,

Judge Contreras has set a hearing on the defendant's emergency motion for a temporary restraining order (TRO) on Thursday, May 26, 2016 at 11:00 AM in Courtroom 14.

Regards,
Margaret

-----
Margaret H. Zhang
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
(202) 354-3574
Margaret_Zhang@dcd.uscourts.gov

| | | | |
|---|---|---|---|
| Kristy Wagner | I have not received information verifying the tran... | | 05/24/2016 03:17:29 PM |

From:   Kristy Wagner <wagnerk879@gmail.com>
To:     "Lian, Bob" <blian@AKINGUMP.COM>, Margaret_Zhang@dcd.uscourts.gov, Scott Heimberg <sheimberg@AKINGUMP.COM>, bchasnoff@AKINGUMP.COM
Cc:     preet.bharara@usdoj.gov, ADA.complaint@usdoj.gov, Ken Mahaffey <Kenmahaf@yahoo.com>, kenneth.mahaffey@sunpower.com, toddtreadway@hotmail.com
Date:   05/24/2016 03:17 PM
Subject: Re: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP

I have not received information verifying the transfer of amounts set forth in the default judgment stamped by the court on April 18, 2016 - which I have re-attached for your convenience. Notwithstanding multiple attempts, no one from Akin Gump Strauss Hauer & Feld LLP ("Akin Gump" or "Defendant") has made themselves available for discussion on the topic of a resolution - which I attempted for nearly 5 years. The email below is typical of Akin Gump - the same law firm that failed to protect a disabled female ("Plaintiff") from the obvious discrimination and unlawfulness brought about by Ed Zaelke and Adam Umanoff, who held themselves out as Plaintiff's superiors and made other materially misleading statements to Plaintiff (intending that she rely on them).

In February 2015, after attempting to have Plaintiff fired from the law firm she physically relocated to as a mitigating measure (and without communicating that reasonable accommodation had been made available at one or more Akin Gump offices), Plaintiff's mother was threatened and told that Plaintiff would "lose her job and her law license" because of circumstances that directly resulted from the 2011 injury -which Akin Gump knew had caused one or more disabilities. Plaintiff was "served" on two occasions with papers purportedly prepared by Akin Gump, Ed Zaelke and Adam Umanoff, and multiple courthouses were presented with fraudulent and materially misleading information about Plaintiff, including material misstatements about her status and standing within Akin Gump.

Perhaps most deplorable is the fact that after bringing it to both California and Washington DC courts' attention, neither the California court nor Washington DC court informed Plaintiff that these were fraudulently commenced proceedings and neither acted in accordance with law or applicable procedure in requiring Akin Gump, Adam Umanoff and Ed Zaelke to deliver notice to Plaintiff of its intent to request temporary restraining orders. Further, to my knowledge (after making demands for payment), no bonds or cash was delivered as security when such temporary restraining orders were requested.

With respect to 1:16-cv-000568(RC), Defendant failed to answer the complaint – which resolved the issue of amounts due and owing Plaintiff. Once evidence of the payment of amounts referenced in Plaintiff's declaration (re-attached for convenience) are provided, I will make myself available to appear in Washington DC for discussions regarding future damages that will result if I am not provided accommodation (as specified in Dr. Anderson's letter) to practice law in-office, as managing partner, of Akin Gump. I will require proof that all funds have been transferred no later than Wednesday, May 25, 2016 at 5 pm ET in order to make arrangements to travel to the courthouse in Washington DC on Thursday, May 26, 2016.

Regards,
Kristy Wagner
202-836-2351

On May 24, 2016, at 1:21 PM, Lian, Bob <blian@AKINGUMP.COM> wrote:

My secretary said you called. I'm on a call now and then tied up for the next several hours. What did you want to discuss?

**From:** Kristy Wagner [mailto:wagnerk879@gmail.com]
**Sent:** Tuesday, May 24, 2016 12:13 PM
**To:** Lian, Bob; Heimberg, Scott; Chasnoff, Barry
**Cc:** preet.bharara@usdoj.gov; ADA.complaint@usdoj.gov
**Subject:** Re: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP

All day any day - been ready for years

On May 24, 2016, at 12:01 PM, Lian, Bob <blian@AKINGUMP.COM> wrote:

Kristy - Please advise when on Thursday or Friday you can appear. Bob

**From:** Kristy Wagner [mailto:wagnerk879@gmail.com]
**Sent:** Tuesday, May 24, 2016 11:59 AM
**To:** Lian, Bob; Heimberg, Scott; Chasnoff, Barry
**Cc:** preet.bharara@usdoj.gov; ADA.complaint@usdoj.gov
**Subject:** Re: 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP

I will require door to door transportation (my leg has been painful) - I am currently at my parents' house at 7 Richard Lane Huntington NY 11743

On May 24, 2016, at 10:54 AM, Lian, Bob <blian@AKINGUMP.COM> wrote:

> Kristy — I'm available for this hearing at any point between 10-1 on Thursday, and on Friday between 9-11, or after 2. Please advise as to your availability at your immediate convenience. Thank you, Bob
>
> **From:** Margaret_Zhang@dcd.uscourts.gov [mailto:Margaret_Zhang@dcd.uscourts.gov]
> **Sent:** Tuesday, May 24, 2016 10:43 AM
> **To:** wagnerk879@gmail.com; Lian, Bob
> **Subject:** 16-cv-0568, Wagner v. Akin Gump Strauss Hauer & Feld LLP
>
> Dear all,
>
> Judge Contreras would like to hold a hearing on the defendant's emergency motion for a temporary restraining order (TRO) in the above-captioned case (ECF No. 23-2). The Judge would like to hold the hearing later this week, if possible. The Judge is available **this Thursday May 26 from 9:00 AM to 1:00 PM**. If Thursday is not mutually convenient for the parties, the Judge may also be available **this Friday May 27**.
>
> Sometime today, please confer and inform chambers of a 30-minute slot within the above time periods that would work for the parties.
>
> Thank you,
> Margaret
>
> -----
> Margaret H. Zhang
> Law Clerk to the Honorable Rudolph Contreras
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue NW
> Washington, DC 20001

(202) 354-3574
Margaret_Zhang@dcd.uscourts.gov

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.