## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTY WAGNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:   16-0568 (RC) |
| | : | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In light of *pro se* Plaintiff's recent communications with chambers, the Court reminds the parties that the rules of this Court prohibit (1) direct communication with a district judge (or his chambers) absent the judge's request, and (2) the delivery of papers to a judge's chambers for filing. *See* D.D.C. Civ. R. 5.1(a). Any submissions to this Court should be addressed only to the Clerk of Court, Office of the Clerk, or the Clerk's Office to assure their proper handling. Plaintiff may, however, seek to file and receive documents electronically by filing a "Motion for CM/ECF User Name and Password" that complies with Local Civil Rule 5.4(b).

**SO ORDERED**.

Dated: May 27, 2016                                                                 RUDOLPH CONTRERAS
                                                                                               United States District Judge