# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:   16-0568 (RC) |
| v. : | |
| : | Re Document No.:   35-2 |
| AKIN GUMP STRAUSS HAUER & : | |
| FELD LLP, : | |
| : | |
| Defendant. : | |

## ORDER

**REQUIRING PLAINTIFF TO RESPOND IN WRITING TO DEFENDANT'S EMERGENCY MOTION TO EXTEND AND MODIFY TEMPORARY RESTRAINING ORDER**

It is hereby **ORDERED** that, on or before **June 13, 2016**, Plaintiff shall respond in writing to Defendant's Emergency Motion to Extend and Modify Temporary Restraining Order (ECF No. 35-2).

**SO ORDERED**.

Dated:  June 9, 2016                                                                RUDOLPH CONTRERAS
                                                                                                    United States District Judge