IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, )<br>)<br>PLAINTIFF, )<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & FELD LLP, )<br>)<br>DEFENDANT. ) | Case No.: 1:16-cv-000568(RC) |

## PLAINTIFF'S RESPONSE

Plaintiff Kristy Wagner having an address of 7 Richard Lane, Huntington, NY 11743, reaffirms prior writings relating to the above-referenced litigation and while noting and continuing to preserve prior objections vis-à-vis "temporary restraining order(s)" in the absence of one or more duly authorized valid and binding obligations; responds as follows:

Plaintiff has not been provided proof that an account in the name, and for the benefit, of Plaintiff has been unconditionally and irrevocably funded and exists on the books and records of Bank of America NA, having a balance and value of at least **$17,333,959** in immediately available funds (before giving effect to the true-up applicable to the net change in the value of currency or barter during the portion of the Period ended December 31, 2015 (the "First Installation")).  True-Ups due and owing prior to the expiry of the Period shall be payable in immediately available funds within 10 days of the end of the relevant calendar year; provided, however, that the First Installation shall be payable to Plaintiff in immediately available funds on or before June 22, 2016 at 5 pm EST.  "Period" shall be defined as the period commencing on May 31, 1979 and ending on the 101st yearly anniversary thereof.  All amounts owing Plaintiff during or in respect of the Period shall be backed and guaranteed by the full faith and credit of the United States of America.

All deeds and other documents by which any interest or right in 1333 New Hampshire Avenue NW, Washington, DC 20036 and/or One Bryant Park, New York, New York 10036 vests or exist(ed) shall automatically and in perpetuity be deemed irrevocably and unconditionally to have been reissued in the name of Plaintiff, without the necessity of any further action or occurrence, the signature below evidencing conclusive and unequivocal proof of same.

Dated: June 13, 2016

RECEIVED
JUN 13 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

By: _Kristy Wagner_
Kristy Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KRISTY WAGNER,   )
                )
    PLAINTIFF,   )          Case No.: 1:16-cv-000568(RC)
    v.          )
                )
AKIN GUMP STRAUSS HAUER & FELD LLP,   )
                )
    DEFENDANT.   )

## ORDER

**IT IS HEREBY ORDERED** that AKIN GUMP STRAUSS HAUER & FELD LLP (together with all predecessor and successor entities, including agents, attorneys, consultants, partners and other affiliates thereof, " DEFENDANT")) provide proof to Plaintiff and the court that: (1) **$17,333,959** has been unconditionally and irrevocably paid to an account (free of any encumbrance, lien or other restriction) in Plaintiff's name and for Plaintiff's benefit at Bank of America NA; and (2) any and all powers of attorney concerning Plaintiff have been marked void and originals of all deeds and certificates (including those relating to 1333 New Hampshire Avenue NW, Washington, DC 20036 and One Bryant Park, New York, New York 10036) have been delivered to Plaintiff.

RUDOLPH CONTRERAS

United States District Judge