**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRISTY WAGNER, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>AKIN GUMP STRAUSS HAUER & :<br>FELD LLP, :<br>:<br>Defendant. : | Civil Action No.:    16-0568 (RC)<br><br>Re Document No.:    35-2 |

## ORDER

Before the Court is Defendant's emergency motion to extend and modify the temporary restraining order (TRO) previously entered in this case. *See* ECF No. 35-2; *see also* May 26, 2016 Order, at 4–5, ECF No. 31 (issuing a TRO that lasted from May 26, 2016 at 7:00 PM until June 9, 2016, at 7:00 PM). Because the Court has issued a preliminary injunction that extends the relief granted in the TRO, *see* ECF No. 37, it is hereby **ORDERED** that, to the extent that Defendant's motion seeks to extend the TRO, it is **DENIED AS MOOT**.

Defendant's motion also seeks additional relief, beyond the relief granted in the TRO. *See* ECF No. 35-2 (asking the Court to modify the TRO "to enjoin Plaintiff from discussing or mentioning the Firm, any partners or Firm employees with entities organizing or hosting events at which Plaintiff knows or has reason to know Firm partners or employees are scheduled to speak or that they are scheduled to attend"). It is hereby **ORDERED** that, on or before **June 20, 2016**, Plaintiff shall respond in writing to Defendant's request for additional relief.

If Plaintiff does not respond to Defendant's request for additional relief on or before June 20, 2016, the Court may modify the preliminary injunction to include Defendant's requested additional relief.

**SO ORDERED**.

Dated:  June 16, 2016                                                                               RUDOLPH CONTRERAS
                                                                                                              United States District Judge