IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUN 13 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KRISTY WAGNER, )
)
PLAINTIFF, )
v. )           Case No.: 1:16-cv-000568(RC)
)
AKIN GUMP STRAUSS HAUER & FELD LLP, )
)
DEFENDANT. )

## PLAINTIFF'S RESPONSE

Plaintiff Kristy Wagner having an address of 7 Richard Lane, Huntington, NY 11743, reaffirms prior writings relating to the above-referenced litigation and while noting and continuing to preserve prior objections vis-à-vis "temporary restraining order(s)" in the absence of one or more duly authorized valid and binding obligations; responds as follows:

Plaintiff has not been provided proof that an account in the name, and for the benefit, of Plaintiff has been unconditionally and irrevocably funded and exists on the books and records of Bank of America NA, having a balance and value of at least $17,333,959 in immediately available funds (before giving effect to the true-up applicable to the net change in the value of currency or barter during the portion of the Period ended December 31, 2015 (the "First Installation")). True-Ups due and owing prior to the expiry of the Period shall be payable in immediately available funds within 10 days of the end of the relevant calendar year; provided, however, that the First Installation shall be payable to Plaintiff in immediately available funds on or before June 22, 2016 at 5 pm EST. "Period" shall be defined as the period commencing on May 31, 1979 and ending on the 101st yearly anniversary thereof. All amounts owing Plaintiff during or in respect of the Period shall be backed and guaranteed by the full faith and credit of the United States of America.

All deeds and other documents by which any interest or right in 1333 New Hampshire Avenue NW, Washington, DC 20036 and/or One Bryant Park, New York, New York 10036 vests or exist(ed) shall automatically and in perpetuity be deemed irrevocably and unconditionally to have been reissued in the name of Plaintiff, without the necessity of any further action or occurrence, the signature below evidencing conclusive and unequivocal proof of same.

Dated: June 13, 2016

By: _Kristy Wagner_
Kristy Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KRISTY WAGNER, )
)
PLAINTIFF, )
v. )   Case No.: 1:16-cv-000568(RC)
)
AKIN GUMP STRAUSS HAUER & FELD LLP, )
)
DEFENDANT. )

**ORDER**

**IT IS HEREBY ORDERED** that AKIN GUMP STRAUSS HAUER & FELD LLP (together with all predecessor and successor entities, including agents, attorneys, consultants, partners and other affiliates thereof, " DEFENDANT")) provide proof to Plaintiff and the court that: (1) $17,333,959 has been unconditionally and irrevocably paid to an account (free of any encumbrance, lien or other restriction) in Plaintiff's name and for Plaintiff's benefit at Bank of America NA; and (2) any and all powers of attorney concerning Plaintiff have been marked void and originals of all deeds and certificates (including those relating to 1333 New Hampshire Avenue NW, Washington, DC 20036 and One Bryant Park, New York, New York 10036) have been delivered to Plaintiff.

RUDOLPH CONTRERAS

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 16 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

```
-------------------------------------------
KRISTY WAGNER,                    )
                                  )
            PLAINTIFF,            )         Case No.: 1:16-cv-00986(CC)
      v.                          )
                                  )
SCOTT M. HEIMBERG,                )
                                  )
            DEFENDANT.            )
-------------------------------------------
```

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff KRISTY WAGNER (hereinafter, "PLAINTIFF"), a citizen of the United States, with an address of: 7 Richard Lane, Huntington, NY 11743, for the reasons previously stated in the above-referenced litigation requests, for public viewing, the judgment by default against SCOTT M. HEIMBERG (hereinafter, "DEFENDANT"). Defendant was served with the summons and complaint on or before May 24, 2016, but failed to make or file an answer.

Date of signing: June 16, 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff: Kristy Wagner

RECEIVED
JUN 16 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTY WAGNER, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.: 1:16-cv-00986(CC) |
| v. | ) | |
| | ) | |
| SCOTT M. HEIMBERG, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that SCOTT M. HEIMBERG (hereinafter, "DEFENDANT") provide proof to Plaintiff and the court that: (1) **$17,333,959** has been paid to a bank account (free of any encumbrance, lien or other restriction) in Plaintiff's name and for Plaintiff's benefit to account number 435025754029 at Bank of America NA (Routing Number: 026009593); (2) if **$17,333,959** does not appear for verification in online, soft and hard copy media, which Bank of America will confirm by phone no later than 5:00 PM EST on June 16, 2016, the court together with all other governmental entities and persons will make available funds on account (in the Settlement Account) **$17,333,959** no later than 5:00 PM EST on June 17, 2016; (3) any and all powers of attorney concerning Plaintiff have been marked void and originals of all deeds and certificates (including those relating to 1333 New Hampshire Avenue NW, Washington, DC 20036 and One Bryant Park, New York, New York 10036; collectively, the "Locations")) have been delivered to: 7 Richard Lane, Huntington, New York 11743; and (4) unrestricted and unencumbered access to all Locations has been provided to Plaintiff including by activating both of the cards displaying the pictures which appear on the "Barring Notice" dated January 22, 2016.

Dated: June 16, 2016                                   CHRISTOPHER R. COOPER

                                                       United States District Judge

## CERTIFICATE OF MAILING

I certify that I am at least 18 years of age and that on June 24, 2016, I deposited the following documents with respect to the following: (1) with respect to Case No.: 1:16-cv-000568(RC), Plaintiff's Response, and Order; and (2) with respect to Case No.: 1:16-cv-00986(CC), Order, in the U.S. mail, postage prepaid, addressed to each of the following:

Robert Lian, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue NW, Washington, DC 20036

Scott Heimberg, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue NW, Washington, DC 20036

_____
Kristy Wagner



RECEIVED
Mail Room

JUN 27 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia