# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, : | |
| : | |
| Plaintiff and Counter-Defendant, : | |
| : | Civil Action No.: 16-0568 (RC) |
| v. : | |
| : | Re Document No.: 45-2 |
| AKIN GUMP STRAUSS HAUER & : | |
| FELD LLP, : | |
| : | |
| Defendant and Counter-Plaintiff. : | |

## ORDER

It is hereby **ORDERED** that, on or before **July 11, 2016**, Plaintiff shall respond to Defendant's Emergency Third Motion for an Order to Show Cause (ECF No. 45-2).

It is **FURTHER ORDERED** that the Court will hear oral argument on Defendant's Emergency Third Motion for an Order to Show Cause (ECF No. 45-2) on **Wednesday, July 13, 2016** at **3:00 PM** in **Courtroom 14**.

**SO ORDERED**.

Dated: July 6, 2016                                                                          RUDOLPH CONTRERAS
                                                                                                          United States District Judge