# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Kristy Wagner**

    Plaintiff(s),

VS.

**Akin Gump Strauss Hauer & Feld, LLP**

    Defendant(s).

Attorney: NONE

Kristy Wagner
301 14th St., SE, Apt 4
Washington DC 20003



*204587*

**Case Number: 1:16-CV-000568(RC)**

Legal documents received by Same Day Process Service, Inc. on **07/11/2016** at **3:26 PM** to be served upon **Robert Lian at Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Ave., NW, Washington, DC 20001**

I, **Greg Kaminski**, swear and affirm that on **July 11, 2016** at **4:23 PM**, I did the following:

Served **Robert Lian** by delivering a conformed copy of the **Plaintiff's Response; Exhibit** to **Mary Maltumyr** as **Legal Secretary & Authorized Agent** of **Robert Lian** at Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Ave., NW , Washington, DC 20001.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: White Hair Color: White

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
**Greg Kaminski**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID: **204587**

District of Columbia: SS
Subscribed and Sworn to before me
this 11 day of July, 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

RECEIVED
JUL 12 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia