UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, : | |
| : | |
| Plaintiff and Counter-Defendant, : | |
| : | Civil Action No.: 16-0568 (RC) |
| v. : | |
| : | Re Document Nos.: 54-2 |
| AKIN GUMP STRAUSS HAUER & : | |
| FELD LLP, : | |
| : | |
| Defendant and Counter-Plaintiff. : | |

# ORDER

### GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENA

Before the Court is Defendant's motion to quash the subpoena that Plaintiff served on Scott M. Heimberg, a partner at Akin Gump Strauss Hauer & Feld LLP, the defendant in this case. *See* ECF No. 54-2. The subpoena seeks to require Mr. Heimberg to testify at the hearing scheduled for this case tomorrow, Wednesday, July 20, 2016, at 3:00 PM. *See* Def.'s Mot. Quash Attach., ECF No. 53-2 (reproducing the subpoena at issue); *see also* July 12, 2016 Order, ECF No. 52 (ordering oral argument on Defendant's Emergency Third Motion for an Order to Show Cause on Wednesday, July 20, 2016). The subpoena also seeks to require Mr. Heimberg to produce "[a]ny and all documents, communications and correspondences" relating to Plaintiff or Plaintiff's practice of law. *See* Def.'s Mot. Quash Attach.

Having considered Plaintiff's subpoena and Defendant's motion, the Court will grant Defendant's motion to quash the subpoena. The issues before the Court at tomorrow's hearing are narrow: whether the Court should order Plaintiff to show cause for why she should not be held in contempt for failure to comply with this Court's previous orders, and whether sanctions for that contempt are warranted. *See* Def.'s Emergency 3d Mot. Order Show Cause 6, ECF

No. 45-2 (seeking an order to show cause and sanctions for contempt). Plaintiff has not identified how Mr. Heimberg's testimony is relevant to those issues. *See, e.g.*, Pl.'s Resp., ECF No. 51 (accusing Defendant of wrongdoing, but not addressing whether Plaintiff has been breaching this Court's orders or how Mr. Heimberg's testimony matters for that specific analysis). Given the absence of any showing of relevance, it is hereby **ORDERED** that Defendant's motion to quash (ECF No. 54-2) is **GRANTED**, and Mr. Heimberg shall not be required to attend, testify at, or produce any documents for tomorrow's hearing in this case.

    **SO ORDERED**.

Dated: July 19, 2016　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge