# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KRISTY WAGNER

        Plaintiff          Civil No.     16-568    (EGS)

vs.

AKIN GUMP STRAUSS HAUER & FELD LLP     Category    H

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 12/13/2016 from Judge Rudolph Contreras to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Rudolph Contreras    & Courtroom Deputy
       Judge Emmet G. Sullivan    & Courtroom Deputy
Liaison, Calendar and Case Management Committee