IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER,<br><br>                      Plaintiff,<br><br>vs.<br><br>AKIN GUMP STRAUSS HAUER & FELD, LLP,<br><br>                      Defendant. | Civil Action No. 1:16-cv-00568-EGS |

## JOINT STATUS REPORT

In accordance with the Court's November 8, 2018 Minute Order, Defendant Akin Gump Strauss Hauer & Feld, LLP and Plaintiff Kristy Wagner file this Status Report to update the Court on the results of the court-ordered mediation and provide recommendations for further proceedings.

In compliance with the Court's order, the parties participated in a mediation before Judge Robin M. Merriweather on January 16, 2019. The parties failed to make progress in their efforts to finalize a resolution of this.

The parties are making separate recommendations for further proceedings:

<u>Defendant's Recommendation</u>

Defendant expects to file a motion to enforce the terms of the settlement that are reflected in the term sheet that counsel for the parties signed on January 4, 2018, and recommends that the Court take up that motion before other proceedings. Defendant believes that the term sheet reflects all the material aspects of a settlement and that plaintiff's failure to abide by the settlement, and her failure to sign a final settlement agreement embodying those terms, is without

legal justification.  Defendant expects to file this motion on or before March 20, 2018.  If further litigation is required after the Court rules on that motion, Defendant recommends that the Court hold argument and issue a ruling on Defendant's motion to dismiss and for summary judgment (Doc. No. 7), which has been fully briefed.

<u>Plaintiff's Recommendation</u>

Plaintiff plans to ask the Court to grant her motion to amend her complaint (Doc. No. 68) and to file a motion pursuant to the Federal Rule of Civil Procedure 56(f) to request permission to obtain some discovery before the Court issues a ruling on the motion for summary judgment filed by defendant Akin Gump (Doc. No. 7).  Plaintiff will request an early ruling on her motion to amend her complaint.  Further, since the preliminary terms of settlement signed by the parties was never intended by either party to be the settlement agreement for this case which is why it was never submitted to the Court, Plaintiff intends to oppose any motion to enforce said term sheet which defendant may file as she no longer agrees with these preliminary terms.

Dated:  February 1, 2019                                       Respectfully submitted,

*/s/ Iris McCollum Green*                                      /s/*Robert G. Lian, Jr.*
Iris McCollum Green  (DC Bar No. 932590)      Robert G. Lian, Jr.  (DC Bar No. 446313)
GREEN & FOUSHEE                                         AKIN GUMP STRAUSS HAUER & FELD, LLP
1730 M Street, NW, Suite 609                            1333 New Hampshire Avenue, N.W.
Washington, DC 20036                                       Washington, D.C.  20036
(202) 785-1171 (telephone)                                (202) 887-4000 (telephone)
(202) 785-8108 (facsimile)                                 (202) 887-4288 (facsimile)
Email: iriseagain@aol.com                                Email: blian@akingump.com

*Counsel for Kristy Wagner*                              *Counsel for Akin Gump Strauss Hauer & Feld LLP*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of February, 2019 I have served a copy of the foregoing document electronically using the Court's ECF filing system, upon the following:

Iris McCollum Green
GREEN & FOUSHEE
1730 M St., N.W.
Suite 609
Washington, D.C. 20036
*Counsel for Plaintiff*

Robert Phillip Bunn
LAW OFFICE OF ROBERT BUNN
910 17th Street, NW, Suite 800
Washington, DC 20006
*Guardian ad litem for Plaintiff*

/s/*Robert G. Lian, Jr.*
Robert G. Lian, Jr.  (DC Bar No. 446313)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)
Email: blian@akingump.com

*Counsel for Akin Gump Strauss Hauer & Feld, LLP*