UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KRISTY WAGNER** | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 1:09-cv-01241 |
| | ) | |
| v. | ) | |
| | ) | |
| **AKIN GUMP STRAUSS HAUER & FELD, LLP** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiff Kristy Wagner by and through her counsel, GREEN & FOUSHEE and Iris McCollum Green, Esq., hereby moves this Honorable Court pursuant to Rules 4(m) and 6(b)(1) for an order to extend the time to file her opposition to Defendant Akin Gump's motion to strike plaintiff's sur-reply in the above referenced and numbered case for five (5) business days.  As grounds for this motion, the movant states as follows:

1.Pursuant to Local Rule 7(m) of this Court, Plaintiff attempted to obtain the consent of counsel for Akin Gump, but received the following response by email: "Defendant takes no position on plaintiff's request and will leave it to the Court to decide whether an extension is appropriate under the circumstances." Thus, consent was not obtained.

2.By order dated April 30, 2019. this Court (J. EGS) issued an order ordering the parties to show cause in writing why the Court should not strike Ms. Wagner's sur-reply.  Defendant was ordered to file its submission by May 10, 2019 and Plaintiff was directed to file her response to Defendant's submission by May 17, 2019.

3. Rule 6(b)(1) Enlargement, states in pertinent part that "[w]hen by these rules or by a notice given thereunder or by order of Court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion . . . (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . *See Pioneer Investment Services v. Brunswic Assoc. Ltd.*, 507 U.S. 380n(1993) interpreting "excusable neglect."

3. Unfortunately, at the time of issuance of this order as well as receipt of Defendants' motion to strike, undersigned counsel was overwhelmed with several competing deadlines and demands, i.e. including but not limited to no less than three briefs in various courts. Due to these crushing concurrent demands, undersigned counsel is unable to timely respond to Defendant's motion to strike. Moreover, since the undersigned's partner works out of another city, she operates essentially as a sole practitioner, and, thus needs additional time to respond to Defendant's motion.

4. Defendant Akin Gump will suffer no prejudice if Plaintiff is granted a limited amount of time to respond to their motion. Moreover, public policy favors disposing of litigation on its merits.

6. Justice requires that Plaintiff Wagner be allowed a five (day) extension of time to file her opposition to Defendant's motion to strike.

WHEREFORE, based on the foregoing, the Plaintiff prays that she be granted an extension of time until Friday, May 24, 2019 to file her opposition to Defendant Akin Gump's motion to strike.

Respectfully submitted,

GREEN & FOUSHEE

By:
_____/S/_____
IRIS McCOLLUM GREEN, ESQ.
Bar No. 932590
1730 M Street, N. W., Suite 609
Washington, D. C. 20036
(202) 785-1171
(202) 785-8105 (FAX)
iriseagain@aol.com

Counsel for Kristy Wagner

**CERTIFICATE OF SERVICE**

  I, hereby, state that on this 17th day of May 2019, a copy of Plaintiff's motion to file out of time was served by e-service on the following counsel of record:

    Robert G. Lian, Esq.
    Akin Gump Strauss Hauer & Feld, LLP
    2001 k Street, N. W.
    Washington, D. C. 20006

               /s/Iris Mc Collum Green
               Iris McCollum Green, Esq.