UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KRISTY WAGNER | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:16-cv-00568-EGS |
| AKIN GUMP STRAUSS HAUER & FELD, LLP | ) ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO DISMISS**
**GUARDIAN AD LITEM**

Robert Bunn, seeks to withdraw as Guardian ad Litem for Kristy Wagner, the Plaintiff in the above-referenced matter. The undersigned counsel has a PACER account; however, it is inactive. In an attempt to login, the undersigned was given a message that his PACER account is inactive; however, he would be allowed to login to perform e-filing and request filing privileges, but would not have PACER search privileges. The undersigned is retiring from the practice of law at the end of the year and will not be in need of an active PACER account. Therefore, he requests permission to file this matter by electronic mailing to the Clerk of the United States District Court for the District of Columbia.

On February 16, 2017, the undersigned was appointed by the Court as the Guardian ad Litem ("GAL") for Kristy Wagner, the Plaintiff in this case. The GAL appointment was for the purpose of assisting the Plaintiff in making decisions that were in her best interests in the

Civil Action No. 16-568 (EGS)



**RECEIVED**
12/27/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

proceedings in this case. Subsequent to the undersigned's appointment, Plaintiff retained Iris McCollum Green, an experienced employment litigation attorney, to represent her in this case.

Shortly after Ms. Green's engagement Ms. Green and the Plaintiff determined that the Plaintiff can make decisions that are in her own best interests and that she is capable of communicating those interests to her attorney and discussing them.

In addition, the undersigned has not been involved in the proceedings in this case since the Plaintiff retained legal counsel to represent her. Additionally, the undersigned is retiring and closing his office on December 31, 2023 and will not be able thereafter to practice law.

For the foregoing reasons, which constitute good cause, the undersigned requests that the Court grant the undersigned's motion to dismiss the *Guardian ad Litem* for the Plaintiff in these proceedings.

The reasons for granting this request are further given in the accompanying Memorandum of Points and Authorities in Support of this Motion.

After diligent effort, consent to the relief requested herein has not been obtained.

Respectfully submitted,

*Robert Bunn*
Robert Bunn, Esq.
D.C. Bar No. 124677
1325 G Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 293-5552
rbunnlaw@aol.com
*Guardian ad Litem for Plaintiff*

Civil Action No. 16-568 (EGS)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00568-EGS |
| ) | |
| AKIN GUMP STRAUSS HAUER ) | |
| & FELD, LLP ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS GUARDIAN AD LITEM

The definitions used in the Motion are used herein. The undersigned requests the Court grant the motion to dismiss the Guardian ad Litem from these proceedings.

On February 16, 2017, the undersigned was appointed by the Court as the Guardian ad Litem for Kristy Wagner, the Plaintiff. The purpose of the appointment was to:

1) review the Plaintiff's case against Akin Gump Strauss Hauer & Feld LLP;

2) assist the Plaintiff in determining her best interest in pursuing the litigation;

3) assist the Plaintiff in litigating this matter if the undersigned determined that pursuing the litigation was in the Plaintiff's best interest; and

4) determine the best course for the litigation and make recommendations for further proceedings, based on information gathered from the Plaintiff and from the pleadings filed in this case, as well as any other evidence bearing upon the Plaintiff's position.

Civil Action No. 16-568 (EGS)

The Plaintiff subsequently retained Iris McCollum Green to act as her legal counsel in this matter. Ms. Green, an experienced employment litigation attorney, and the Plaintiff determined shortly after Mrs. Green's engagement that her client, the Plaintiff, is capable of making decisions that in her own best interests, and further that she is capable of communicating those interests to, and discussing them with, her attorney.

Because the Plaintiff has engaged the services of competent legal counsel, the undersigned has not been involved in proceedings in this case. The undersigned has not been involved in any negotiations nor provided any recommendations with regard to the further handling of this case. The undersigned is retiring and closing his practice as of December 31, 2023 and will not thereafter be capable of practicing law.

For the foregoing reasons, which constitute good cause, the undersigned requests that the Court grant his motion to dismiss the Guardian ad Litem for the Plaintiff in this matter.

Respectfully submitted,

/s/ Robert Bunn
Robert Bunn, Esq.
D.C. Bar No. 124677
1325 G Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 293-5552
rbunnlaw@aol.com
*Guardian ad Litem for Plaintiff*

Civil Action No. 16-568 (EGS)


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served by depositing in the U.S. mail, first class, postage prepaid, to the following persons on the 27 day of December, 2023:

Kristy Wagner
7 Richard Lane
Huntington, NY 11743

Iris McCollum Green
Green & Foushee
1730 M Street, NW
Suite 609
Washington, DC 20036-4556

Robert G. Lian, Jr., Esq.
Akin, Gump, Strauss, Hauer
& Feld, LLP
1333 New Hampshire Ave NW #800
Washington, DC 20036

/s/ Robert Bunn
Robert Bunn

Civil Action No. 16-568 (EGS)