IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AKIN GUMP STRAUSS HAUER & FELD, LLP,<br><br>　　　　　　　Defendant. | Civil Action No. 1:16-cv-00568-EGS |

## JOINT STATUS REPORT

In accordance with the Court's December 8, 2023 Memorandum Opinion and Order (Doc. No. 103), Defendant Akin Gump Strauss Hauer & Feld LLP ("Akin") and Plaintiff Kristy Wagner file this Status Report to provide recommendations for further proceedings. The Parties recommend as follows:

Plaintiff has a pending motion to amend her complaint (Doc. No. 68). Akin agrees that she may file an amended complaint by no later than March 8, 2024. Plaintiff agrees that Akin shall file its response to that amended complaint by no later than April 22, 2024.

Also before the Court is the pending motion of Robert Bunn to be dismissed as guardian ad litem on the grounds that he is retiring and Plaintiff is represented in this matter by Ms. Green (Doc. No. 119). If the Court grants this motion, Plaintiff will take all reasonable steps on or before March 8, 2024 to demonstrate to the satisfaction of the Court her psychological competence to make all necessary litigation decisions.

Dated:  February 5, 2024          Respectfully submitted,

                   */s/Robert G. Lian, Jr.*
                   Robert G. Lian, Jr.  (DC Bar No. 446313)
                   AKIN GUMP STRAUSS HAUER & FELD, LLP
                   2001 K Street, N.W.
                   Washington, DC 20006-1037
                   (202) 887-4000 (telephone)
                   (202) 887-4288 (facsimile)
                   Email: blian@akingump.com

                   *Counsel for Akin Gump Strauss Hauer & Feld, LLP*


                   */s/ Iris McCollum Green*
                   Iris McCollum Green (DC Bar No. 932590)
                   GREEN & FOUSHEE
                   1730 M Street, NW, Suite 609
                   Washington, DC 20036
                   (202) 785-1171 (telephone)
                   (202) 785-8108 (facsimile)
                   Email: iriseagain@aol.com

                   *Counsel for Kristy Wagner*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 5, 2024, I served the foregoing Joint Status Report using the Court's ECF filing system.

*/s/Robert G. Lian, Jr.*
Robert G. Lian, Jr.  (DC Bar No. 446313)
AKIN GUMP STRAUSS HAUER & FELD, LLP
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)
Email: blian@akingump.com

*Counsel for Akin Gump Strauss Hauer & Feld, LLP*