# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AKIN GUMP STRAUSS HAUER & FELD, LLP,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:16-cv-00568-EGS |

## JOINT STATUS REPORT

In accordance with the Court's March 19, 2024 minute order, Defendant Akin Gump Strauss Hauer & Feld LLP ("Akin") and Plaintiff Kristy Wagner file this Joint Status Report in view of Plaintiff's failure to file an Amended Complaint and report on her competency by the Court's March 8, 2024 deadline.

On March 21, 2024, Plaintiff filed her Amended Complaint (Dkt 128-2) and an affidavit under seal from Ilene Jurmann, PhD addressing Plaintiff's competency. (Dkt 129, ¶ 6).

Akin does not object to Plaintiff filing her Amended Complaint. However, because of Plaintiff's 13-day delay in filing the Amended Complaint, the Parties agree that Akin's response deadline should be extended an equivalent amount of time, from April 22, 2024 to May 6, 2024.

The Parties further ask that the Court review the affidavit of Dr. Jurmann and make a ruling as to whether the Court is satisfied that Plaintiff is competent to make all necessary litigation decisions in this matter.

The Parties also recommend that the Court appoint a magistrate judge to conduct a one-day mediation to attempt to resolve this matter.

Dated: March 25, 2024

                                  Respectfully submitted,

                                  */s/ Robert H. Pees*
                                  Robert H. Pees *(admitted pro hac vice)*
                                  Akin Gump Strauss Hauer & Feld, LLP
                                  One Bryant Park
                                  New York, NY  10036-6745
                                  Telephone: (212) 872-1072
                                  Email: rpees@akingump.com

                                  Robert G. Lian, Jr.  (DC Bar No. 446313)
                                  Akin Gump Strauss Hauer & Feld, LLP
                                  2001 K Street, N.W.
                                  Washington, DC 20006-1037
                                  Telephone: (202) 887-4000
                                  Email: blian@akingump.com

                                  *Counsel for Akin Gump Strauss Hauer & Feld, LLP*


                                  */s/ Iris McCollum Green*
                                  Iris McCollum Green (DC Bar No. 932590)
                                  GREEN & FOUSHEE
                                  1730 M Street, NW, Suite 609
                                  Washington, DC 20036
                                  (202) 785-1171 (telephone)
                                  (202) 785-8108 (facsimile)
                                  Email: iriseagain@aol.com

                                  *Counsel for Kristy Wagner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2024, I served the foregoing Joint Status Report using the Court's ECF filing system.

        Respectfully submitted,

        */s/ Robert H. Pees*
        Robert H. Pees *(admitted pro hac vice)*
        Akin Gump Strauss Hauer & Feld, LLP
        One Bryant Park
        New York, NY  10036-6745
        Telephone: (212) 872-1072
        Email: rpees@akingump.com

        *Counsel for Akin Gump Strauss Hauer & Feld, LLP*