IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER,<br><br>    Plaintiff,<br><br>vs.<br><br>AKIN GUMP STRAUSS HAUER & FELD, LLP,<br><br>    Defendant. | Civil Action No. 1:16-cv-00568-EGS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kristy Wagner and Defendant Akin Gump Strauss Hauer & Feld LLP, by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: October 16, 2024

Respectfully submitted,

/s/ Robert H. Pees

Robert H. Pees *(admitted pro hac vice)*
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY  10036-6745
Telephone: (212) 872-1072
Email: rpees@akingump.com

Robert G. Lian, Jr.  (DC Bar No. 446313)
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: (202) 887-4000
Email: blian@akingump.com

*Counsel for Akin Gump Strauss Hauer & Feld, LLP*

*Iris McCollum Green*

Iris McCollum Green (DC Bar No. 932590)
GREEN & FOUSHEE
1714 15th Street, NW, Suite B
Washington, DC 20009
(202) 785-1171 (telephone)
Email: iriseagain@aol.com

*Counsel for Kristy Wagner*